IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     $149,900.00 SEIZED FROM BANK OF AMERICA ACCOUNT NO. 0000501015319324,

    Defendant.

---

### VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

---

The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(2), states:

### JURISDICTION AND VENUE

1.     The United States of America (the United States) has commenced this action pursuant to the civil forfeiture provisions of 18 U.S.C. § 981(a)(1)(C), seeking forfeiture of defendant properties based on violations of 18 U.S.C. § 641 (theft of government property), and 18 U.S.C. § 1343 (wire fraud). This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.     Venue is proper under 28 U.S.C. § 1395, as some of the acts described herein occurred, in the District of Colorado.

1

**DEFENDANT PROPERTY**

3. Defendant property is more fully described as:

a. $149,900.00 Seized from Bank of America Account No.0000501015319324, ("defendant $149,900.00") seized on August 17, 2021, at Bank of America located at 100 North Tryon Street, Charlotte, North Carolina. The account was in the name of James Finney. Defendant $149,900.00 is currently being held by the United States Secret Service Asset Forfeiture Branch in Washington, D.C.

**FACTUAL BASIS FOR FORFEITURE**

4. Except as otherwise noted, all of the following facts and information have been discovered through my own investigation, and the observations and investigations of fellow law enforcement officers as reported to me.

**BACKGROUND INFORMATION**

5. In June 2020, the United States Secret Service (USSS) Central Florida Cyber Fraud Task Force (CFTF) began an investigation into various third-party payment systems after receiving complaints in regard to Small Business Administration's (SBA) Paycheck Protection Program Loan (PPP) and Economic Injury Disaster Loan (EIDL) fraud.

6. Reports of individuals submitting fraudulent PPP and EIDL loan applications through the online SBA website utilizing fabricated employment information and/or documentation, or stolen individual and corporate personally identifiable information, were submitted to the USSS by various financial institutions, including Bank of America.

7.     Bank of America identified approximately 3,827 accounts, including the account defendant $149,900.00 was seized from, that had obtained SBA EIDL funds fraudulently based on the following fraud indicators present in the accounts: (1) Newly created accounts with abnormal transaction activity (little to no prior financial transactions) or existing accounts with no activity in the past twenty-four (24) months prior to SBA deposit; (2) Large SBA loan amounts or deposits with minimal or no other sources of deposits; (3) SBA deposits on behalf of businesses with BOA, who does not offer business accounts; (4) Inability to positively identify account holders (synthetic or unauthorized account); (5) No customer inquiries after funds were frozen; and (6) No proper identification in instances where funds were frozen, followed by a customer inquiry and request for customer identification.

## **CARES ACT**

8.     On March 27, 2020, the President signed into law the Coronavirus Aid, Relief, and Economic Security (CARES) Act, through the SBA which provided emergency assistance to small business owners, including agricultural businesses, and nonprofit organization in all the U.S. states affected by the Coronavirus (COVID-19) pandemic. The two sources of funding for small businesses were the Paycheck Protection Program (PPP) and the Economic Injury Disaster Loans (EIDL).

9.     The SBA EIDL program provided small businesses with working capital for fixed debts, payroll, accounts payable, and other bills resulting from the pandemic. Individuals could apply via SBA's online website for both the EIDL advances and loans. THE EIDL advance did not require any business documentation and could be approved

within 1-3 days. The EIDL loans required minimal documentation and information from small businesses to process the loan for approval.

10. Individuals applying for an EIDL loan would file applications online, via the website and servers belonging to an SBA contractor located in Des Moines, Iowa, in an attempt to obtain SBA EIDL funds. As part of the application process, unknown conspirators designated a financial institution's routing number and account number to direct the stolen funds, one such financial institution being Bank of America.

11. Once the SBA EIDL applications were approved, the Small Business Administration's Denver Finance Center[1] with servers located in Denver, Colorado, created payment files and authorized payments of the EIDL funds based on those applications. This payment file was then transmitted via wire to the financial accounts designated by the perpetrators. Bank of America is headquartered in Charlotte, North Carolina, where its servers are also located.

## Defendant $149,900.00 Seized from Bank of America Account Number 0000501015319324

### Rowland & Company LLC (SBA Application #4508)

12. On June 30, 2020, an individual using the name Christopher Rowland filed an application for an SBA EIDL loan on behalf of Rowland & Company LLC. On the application, Rowland & Company LLC was identified as a limited liability company, with gross revenues of $9,752,543.00, costs of goods sold of $77,000.00, and rental properties lost rents of $30,000.00 for the twelve months prior to January 31, 2020.

---

[1] Denver Finance Center, OCFO, SBA, 721 19th Street, Suite 373, Denver, CO 80202.

13.     According to the application, Rowland & Company LLC is in the "construction/contractor business," established in 2011, and currently has 20 employees.

14.     Initially, on the SBA application, an account at Woodforest National Bank was designated to receive EIDL funds on behalf of Rowland & Company LLC.  On July 1, 2020, an individual using the name Christopher Rowland, called the SBA and updated account information for the loan to be funded to Bank of America account #0000501015319324 (BOA #9324).

15.     On July 2, 2020, the Rowland & Company LLC EIDL loan was funded with $150,000.00, which was sent to BOA #9324.

16.     BOA account #9324 is held in the name of James Finney, with an associated address in Nevada.  It appears to have no relation to Rowland & Company LLC located in Florida.

17.     On August 17, 2021, the Secret Services seized defendant $149,900.00 from Bank of America Account No.0000501015319324.

**Rowland and Company LLC (SBA Application #4883)**

18.     On July 31, 2020, an individual using the name Christopher Beau Rowland also submitted an application to SBA on behalf of Rowland and Company LLC, claiming that he had 100% ownership in the limited liability corporation.  According to SBA application #4883, Rowland and Company LLC was started in 2007, had 11 employees, gross revenues of $4,236,097.00, and costs of goods sold of $3,867,663.00 for the twelve months prior to January 31, 2020.  These figures were significantly less than those identified on SBA application #4508.

19. On August 7, 2020, the Rowland and Company LLC SBA application #4883 was approved and funded with $150,000.00. These funds were sent to an account with Seacoast Bank in the name of Rowland and Company LLC.

**James Finney's Administrative Claim**

20. On November 9, 2021, the Secret Service received an administrative claim from James Finney, contesting the administrative forfeiture of the defendant funds.

21. In support of why the funds should be returned, the claim included the following typed statement: "I'm Christopher Rowland the CEO and the managing director of Rowland & Company. My company got a loan from MR DAVID LUIS and company we was immerged in a business over many years back and later found DAVID LUIS is no more and only left with a daughter WINIFRED LUIS who was confirmed to be the only beneficiary of the funds. She then now said and give the instruction to have the Funds deposited in her fiancé BOA account (JAMES A FINNEY JR). And my loan application was approved by SBA and to be paid back within the period of 5 years. I personally instructed the SBA to get the loan money deposited directly into JAMES A FINNEY JR account has I need to pay back with the SBA loan. And so the direct deposit was made into JAMES A FINNEY JR BOA account for the Total sum of $150,000.00."

22. On January 27, 2022, Special Agent (SA) Lindsey Sebastian, with the United States Secret Service (USSS), made contact with Chris Beau Rowland, CEO/Owner of Rowland & Company LLC, using the business owner's phone number listed on SBA Application #3312354883 (407-927-8559). SA Sebastian confirmed that

Mr. Rowland did apply for and received the Seacoast Bank (SBA Application #4883) loan.

23. Furthermore, Mr. Rowland told SA Sebastian that he does not use Bank of America for banking, that he did not apply for a second SBA loan, and that he does not know anyone by the name of James Finney.

## **CONCLUSION**

24. In summary, there is reasonable cause to believe that defendant $149,900.00 constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 641 (theft of government funds), and wire fraud provisions of 18 U.S.C. § 1343 *et seq.* Therefore, defendant $149,900.00 is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

## **VERIFICATION OF RYAN HEARN, SPECIAL AGENT, UNITED STATES SECRET SERVICE**

I, Special Agent Ryan Hearn, hereby state and aver under the pains and perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

_____
Ryan Hearn
Special Agent
United States Secret Service

### FIRST CLAIM FOR RELIEF

1. The Plaintiff repeats and incorporates by reference the paragraphs above.

2. By the foregoing and other acts, defendant $149,900.00 Seized from Bank of America Account No.0000501015319324 constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 641. Therefore, defendant $149,900.00 is forfeitable to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

### SECOND CLAIM FOR RELIEF

3. The Plaintiff repeats and incorporates by reference the paragraphs above.

4. By the foregoing and other acts, defendant $149,900.00 Seized from Bank of America Account No.0000501015319324 constitutes or is derived from proceeds traceable to violations of wire fraud, 18 U.S.C. § 1343.  Therefore, defendant $149,900.00 is forfeitable to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the United States be

authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED, this 4th day of February 2022.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:  *s/ Tonya S. Andrews*
        Tonya S. Andrews
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: tonya.andrews@usdoj.gov